# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:18-cr-00133-TCB-CMS
## USA v. Ford
## Honorable Timothy C. Batten, Sr.

Minute Sheet for proceedings held In Open Court on 07/16/2019.

TIME COURT COMMENCED: 11:08 A.M.
TIME COURT CONCLUDED: 12:02 P.M.      COURT REPORTER: David Ritchie
TIME IN COURT: 00:54                   DEPUTY CLERK: Suzy Edwards
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Kwamaine Jerell Ford Present at proceedings |
| ATTORNEY(S) PRESENT: | Steven Berne representing Kwamaine Jerell Ford<br>Nathan Kitchens representing USA |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing-Contested); |
| MINUTE TEXT: | Court heard from counsel and witnesses. See Judgment in a Criminal Case for sentence. Argument re: bond; Govt Ex 1, admitted. Dft was remanded immediately. |
| HEARING STATUS: | Hearing Concluded |